Certificate Number: 01540-ARE-CC-012826260



01540-ARE-CC-012826260

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 28, 2010, at 1:20 o'clock PM CDT, Bobby J Elliott received from Credit Counseling of Arkansas, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Arkansas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: October 28, 2010     By:    /s/Mary Sanchez

                           Name:  Mary Sanchez

                           Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).