# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860–4 | User: barbarag | Date Created: 11/4/2010 |
| Case: 4:10–bk–17818 | Form ID: b9i | Total: 30 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Bobby J Elliott | 33 Elliott Drive | Perryville, AR 72126 | |
| jdb | Janie G Elliott | 33 Elliott Drive | Perryville, AR 72126 | |
| ust | U.S. Trustee (ust) | Office Of U. S. Trustee | 200 W Capitol, Ste. 1200 | Little Rock, AR 72201 |
| tr | Mark T. McCarty | Chapter 13 Standing Trustee | P.O. Box 5006 | N. Little Rock, AR 72119–5006 |
| aty | Pamela G. Perry | Attorney at Law | P.O. Box 2098 | Little Rock, AR 72203–2098 |
| 4537265 | Advanta 63 | P.O. Box 8088 | Philadelphia, PA | |
| 4537266 | Bank of America | P.O. Box 17954 | Wilmington, DE 19850 | |
| 4537267 | Bank of Oklahoma | P.O. Box 2864 | Tulsa, OK 74101–2864 | |
| 4537268 | Capital One Bank (USA) NA | P.O. Box 71083 | Charlotte, NC 28272–1083 | |
| 4537269 | Carpet Barn | C/o Paul Hickey | Attorney at Law | P.O. Box 26278 Little Rock, AR 72221 |
| 4537270 | Chase | P.O. Box 15298 | Wilmington, DE 19850 | |
| 4537271 | CitiBank | C/o Asset Acceptance LLC | P.O. Box 2036 | Warren, MI 48090–2036 |
| 4537272 | D.S.C. Training Academy | C/o Partner's Financial Services Inc. | 403 Axminister | Fenton, MO 63026 |
| 4537273 | Farmers &Merchants Bank | P.O. Box 1010 | Stuttgart, AR 72160 | |
| 4537274 | Federate Collection Bureau | 3250 Peachtree Cors G | Norcross, GA 30092 | |
| 4537275 | HSBC | P.O. Box 5253 | Carol Stream, IL 60197–5253 | |
| 4537276 | HSBC/Polars | P.O. Box 15521 | Wilmington, DE 19805 | |
| 4537277 | Jesse W. Thompson | Attorney at Law | 1422 Caldwell Street | Conway, AR 72034 |
| 4537278 | Joel D. Woolf | C/o Bart F. Virden | Attorney at Law | P.O. Box 558 Morrilton, AR 72110 |
| 4537280 | LHR, Inc. | 56 Main Street | Hamburg, NY 14075 | |
| 4537279 | Law Office of Stephen P. Lamb | P.O. Box 1027 | Beebe, AR 72012 | |
| 4537281 | Midland Credit Management | 8875 Aero Drive | Suite 200 | San Diego, CA 92123 |
| 4537282 | Midland Funding LLC | C/o John William Crow | Hosto Buchan Prater &Lawrence | PO Box 3397 Little Rock, AR 72203 |
| 4537283 | Northland Group, Inc. | P.O. Box 390846 | Minneapolis, MN 55439 | |
| 4537284 | Ozark Capital Corporation | C/o John William Crow | Hosto Buchan Prater &Lawrence | P.O. Box 3397 Little Rock, AR 72203 |
| 4535979 | Ozark Capital Corporation | c/o Hosto, Buchan, Prater &Lawrence | P O Box 3397 | Little Rock, AR 72203 |
| 4537285 | River Town Bank | 102 N. Front Street | PO Box 577 | Dardanelle, AR 72834 |
| 4537288 | WWF National Bank | P.O. Box 2974 | Mission, KS 66201 | |
| 4537286 | Weiss Lumber | P.O. Box 157 | Perryville, AR 72126 | |
| 4537287 | Wells Fargo Home Mortgage | P.O. Box 660455 | Dallas, TX 75266–0455 | |

TOTAL: 30