Form oredefic

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:     Bobby J Elliott and Janie G Elliott
           Debtor

Case No.: 4:10−bk−17818
Chapter: 13

## ORDER OF DEFICIENCIES

The document(s) denoted at the bottom of this order must be filed within the specified number of days from the date of the voluntary petition/date of conversion or the case WILL BE DISMISSED.** No hearing shall be held unless requested. If a response to this notice is filed, the Court will set the matter for hearing by subsequent notice.

**Exception: Cases with missing social security numbers(s) will be forwarded to the Assistant U.S. Trustee's office and not automatically dismissed. The event Bankruptcy Events > Miscellaneous > **Request for SSN Modification** should be entered in the case and Official Form 21 e−mailed to: dropbox@areb.uscourts.gov.

Any motion for extension of time to file subject document(s) or objection to the dismissal shall be filed (and served on the trustee) on or before the date the identified document is due. A motion for extension of time to file a creditor mailing matrix shall be filed and served within seven (7) days from the filing date of the voluntary petition, a motion for extension of time to file a statement of intention shall be filed and served within thirty (30) days from the filing date of the voluntary petition, and a motion for extension of time to file any other document identified on this order shall be filed and served within fourteen (14) days from the filing date of the voluntary petition.

If a chapter 13 plan was not filed with the petition, the debtor(s) is/are hereby directed to send the plan and notice of opportunity to object to all parties in interest pursuant to FRBP 2002(b).

PETITIONS FILED WITHOUT SCHEDULES D THROUGH F: If the creditor list filed with the petition was incomplete, the debtor(s) must (1) send 341(a) notice to omitted creditor(s) and (2) file amendment to creditor list (with $26.00 filing fee) listing only creditor(s) omitted from initial creditor list.

NOTICE: If paid in installments pursuant to General Order 32, the filing fee is to be paid in full on or before the date first set for the 341a meeting, unless otherwise ordered by the Court. Failure to pay filing fee when due will result in dismissal of the case unless the court orders otherwise upon proper motion. **No hearing shall be held unless requested. If a response to this notice is filed, the Court will set the matter for hearing by subsequent notice.**

| **Due within seven (7) days from the filing date of the voluntary petition:** | **Due within 30 days from the filing date of the voluntary petition:** |
|---|---|
| List of Creditors | N/A |

**Due within 14 days from the filing date of the voluntary petition:**

Summary of Schedules, Page 1 (Form 6−Summary)
Statistical Summary, Page 2 (Form 6−Summary)
Schedules A thru J
Attorney Disclosure of Compensation
Declaration Concerning Debtor's Schedules (Form 6−Declaration)
Narrative of Plan
Notice of Opportunity to Object
Statement of Current Monthly Income (Form 22C)
Statement of Financial Affairs (Form 7)

Signature block "/s/ *name*" is missing from:
N/A

Dated: 10/29/10

*/s/ James G. Mixon*

UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0860-4           User: barbarag              Page 1 of 1                  Date Rcvd: Oct 29, 2010
Case: 10-17818                 Form ID: oredefic           Total Noticed: 1

The following entities were noticed by first class mail on Oct 31, 2010.
db/jdb       +Bobby J Elliott,   Janie G Elliott,   33 Elliott Drive,   Perryville, AR 72126-8037

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2010**                    **Signature:**     _Joseph Speetjens_