## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**RE:** **BOBBY J. ELLIOTT d/b/a ELLIOTT PLUMBING**    **CASE NO: 4:10-bk-15976**
      **And JANIE G. ELLIOTT,**                         **CHAPTER 13**
      **DEBTORS**

## NOTICE OF OPPORTUNITY TO OBJECT TO
## CHAPTER 13 PLAN

You are hereby notified that the above-captioned Debtor has filed the attached *Chapter 13 Plan* pursuant to 11 U.S.C. §1321 and Federal Bankruptcy Rule 3015. Pursuant to 11 U.S.C. §1324 and Rule 2002 and bankruptcy procedure, objections to the confirmation of the plan must be filed in writing with the U.S. Bankruptcy Court for the Eastern District of Arkansas, 300 W. 2nd, Little Rock, Arkansas 72201, within twenty-eight (28) days from the date of this Notice, with copies to the Attorney for the Debtor and Mark T. McCarty, Chapter 13 Standing Trustee, P.O. Box 5006 N. Little Rock, AR 72119-5006.

If objections to the plan are filed, they will be set for hearing by subsequent notice. If no objections are received, the plan may be confirmed without further notice or hearing.

**Date: November 11, 2010**                    /s/ Pamela Perry
                                         Pamela Perry
                                         Arkansas Bar No. 2001220
                                         Attorney for Debtors
                                         P.O. Box 2098
                                         Little Rock, Arkansas 72203-2098
                                         (501) 604-3434
                                         (501) 604-3351 (Fax)

## CERTIFICATE OF SERVICE

I, Pamela Perry, hereby certify that a true and correct copy of the foregoing notice has been mailed by depositing a copy in the U.S. Mail, First Class, postage pre-paid on this 11th day of November, 2010 to the following interested parties:

Mark T. McCarty
Chapter 13 Standing Trustee
P.O. Box 5006
N. Little Rock, AR 72119-5006
501-374-1572

1

2

Legal Division
Dept. of Finance & Administration
P. O. Box 1272
Room 2380
Little Rock, AR 72203

Internal Revenue Service
Special Procedures
700 W. Capitol - Stop 5700
Little Rock, AR 72201

U.S. Attorney, Eastern District
P. O. Box 1229
Little Rock, AR 72203

Legal Department
Employment Security Division
P. O. Box 2981
Little Rock, AR 72203

U.S. Attorney, Western District
P. O. Box 1524
Fort Smith, AR 72902

And to all creditors per attached Matrix.

                                        /s/ Pamela Perry
                                        Pamela Perry

2

Advanta 63
P.O. Box 8088
Philadelphia, PA

Bank of America
P.O. Box 17954
Wilmington, DE 19850

Bank of Oklahoma
P.O. Box 2864
Tulsa, OK 74101-2864

Capital One Bank (USA) NA
P.O. Box 71083
Charlotte, NC 28272-1083

Carpet Barn
C/o Paul Hickey
Attorney at Law
P.O. Box 26278
Little Rock, AR 72221

Chase
P.O. Box 15298
Wilmington, DE 19850

CitiBank
C/o Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090-2036

D.S.C. Training Academy
C/o Partner's Financial
Services Inc.
403 Axminister
Fenton, MO 63026

Farmers & Merchants Bank
P.O. Box 1010
Stuttgart, AR 72160

Federate Collection Bureau
3250 Peachtree
Cors G
Norcross, GA 30092

HSBC
P.O. Box 5253
Carol Stream, IL 60197-5253

HSBC/Polars
P.O. Box 15521
Wilmington, DE 19805

Jesse W. Thompson
Attorney at Law
1422 Caldwell Street
Conway, AR 72034

Joel D. Woolf
C/o Bart F. Virden
Attorney at Law
P.O. Box 558
Morrilton, AR 72110

Law Office of
Stephen P. Lamb
P.O. Box 1027
Beebe, AR 72012

LHR, Inc.
56 Main Street
Hamburg, NY 14075

Midland Credit Management
8875 Aero Drive
Suite 200
San Diego, CA 92123

Midland Funding LLC
C/o John William Crow
Hosto Buchan Prater & Lawrence
PO Box 3397
Little Rock, AR 72203

Northland Group, Inc.
P.O. Box 390846
Minneapolis, MN 55439

Ozark Capital Corporation
C/o John William Crow
Hosto Buchan Prater & Lawrence
P.O. Box 3397
Little Rock, AR 72203

River Town Bank
102 N. Front Street
PO Box 577
Dardanelle, AR 72834

Weiss Lumber
P.O. Box 157
Perryville, AR 72126

Wells Fargo Home Mortgage
P.O. Box 660455
Dallas, TX 75266-0455

WWF National Bank
P.O. Box 2974
Mission, KS 66201