GO11-2(b) / SK      /3

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: BOBBY J ELLIOTT

CASE NO: 4:10-bk-17818 M
Chapter 13

### CHAPTER 13 ORDER TO PAY TRUSTEE

### (DIRECT PAY)

The above named debtor has filed a petition under Chapter 13 of the United States Bankruptcy Code.

IT IS ORDERED that until further orders of this court, the debtor named above shall pay the sum of **$1,082.77 MONTHLY** and each succeeding period thereafter to:

> Mark T. McCarty, Trustee
> P.O. Box 190120
> Little Rock, AR  72219-0120

IT IS FURTHER ORDERED,  that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds and **are due by the 27th of each month unless scheduled otherwise**.

IT IS FURTHER ORDERED, that the payments required herein are to commence on November 01, 2010.

IT IS FURTHER ORDERED THAT this Order supersedes any previous order to the debtor to make payments to the Trustee in this case.

Date: 11/12/2010

_____
/s/ JAMES G. MIXON

James G. Mixon, Bankruptcy Judge

cc:  BOBBY J ELLIOTT
     JANIE G ELLIOTT
     PAMELA PERRY
     MARK T. MCCARTY