# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS (Little Rock)

IN RE: BOBBY J. ELLIOTT and ) 
        JANIE G. ELLIOTT,, ) Case No. 10-17818 
                Debtors. ) Chapter 13

## MOTION FOR RELIEF FROM STAY
## AND FOR ABANDONMENT OF PROPERTY

COMES NOW Bank of Oklahoma, N.A. (hereafter "Bank "), a secured creditor in the above-styled bankruptcy proceeding, and moves this Court pursuant to 11 U.S.C. § 362 for an order modifying stay and for an order abandoning property. In support of its Motion, Bank shows the Court:

1. On or about March 12, 2005, Debtor, Janie G. Elliott ("Debtor"), conveyed to Crain Mitsubishi, a Retail Installment Contract and Security Agreement whereby Debtor promised to pay the sum of $24,140.34, together with interest accruing thereon at the contract rate, until paid.

2. Contemporaneously with executing the above-referenced Retail Installment Contract and Security Agreement, Debtor conveyed to Bank a security interest in a 2005 Mitsubishi Eclipse, Vehicle Identification Number 4A3AC84H84ED85041. Said Contract was subsequently assigned to Bank.

3. Bank possesses a valid secured lien on the aforesaid vehicle by virtue of the Retail Installment Contract and Security Agreement, along with a Certificate of Title, copies of which are attached hereto and incorporated herein.

4. The Debtors have elected to surrender the interest in the above-referenced property as reflected in the Chapter 13 Plan dated November 11, 2010.

5. The outstanding principal balance on the aforesaid secured obligation is $3,601.09.

6. Bank does not believe there is any equity in the above property; however, should the proceeds of any sale conducted by Bank exceed the debt owed Bank, Bank shall forward said proceeds to the Trustee for payment to creditors.

7. Bank requests that the Court authorize the Trustee to abandon the aforesaid property on behalf of the Debtors' estate and, further, abandon any interest they might have in and to this property.

8. Because the loan at issue is in default and the property (described above) securing the loan is declining in value, Bank requests that any order entered pursuant to this Motion not be stayed.

WHEREFORE, creditor, Bank, respectfully requests this Court to enter an order modifying the automatic stay as to the Debtors, modifying the stay as to the above-described property, and providing for the abandonment of said property from the bankruptcy estate.  Bank further requests that the stay of this Order provided in Bankruptcy Rule 4001(a)(3) shall not apply, and that it be granted such additional relief as this Court deems equitable.

DATED:   November 16, 2010

                                BANK OF OKLAHOMA, N.A.

                                MEE MEE HOGE & EPPERSON PLLP
                                50 Penn Place
                                1900 NW Expressway, Suite 1400
                                Oklahoma City, OK 73118
                                Telephone:    (405) 848-9100
                                Facsimile:      (405) 848-9101

                                By:  /s/ John W. Mee III
                                    John W. Mee III, OBA #013915
                                (Admitted to the United States District Court for
                                the Western and Eastern District of Arkansas
                                on March 5, 2007)

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 16th day of November, 2010, a copy of the foregoing motion was served electronically on participants in the CM/ECF system and was mailed to each of the following:

| | |
|---|---|
| DEBTORS: | DEBTORS' ATTORNEY: |
| Bobby J. Elliott | Pamela G. Perry, Esq. |
| Janie G. Elliott | P.O. Box 2098 |
| 33 Elliott Drive | Little Rock, AR 72203-2098 |
| Perryville, AR 72126 | |

_____
and by ELECTRONIC FILING ON:

TRUSTEE:
Mark T. McCarty
Chapter 13 Standing Trustee
P.O. B ox 5006
N. Little Rock,
R 72119-5006

Office of the U. S. Trustee
200 W. Capitol, Suite 1200
Little Rock, AR 72201

                                                /s/ John W. Mee III_____
                                                JOHN W. MEE III