IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS (Little Rock)

| | | |
|---|---|---|
| IN RE: BOBBY J. ELLIOTT and | ) | |
| JANIE G. ELLIOTT, | ) | Case No. 10-17818 |
| Debtors. | ) | Chapter 13 |

## AGREED ORDER OF ABANDONMENT
## AND LIFTING THE AUTOMATIC STAY

Upon consideration of Bank of Oklahoma, N.A.'s (hereafter "Bank") Motion for Relief from Stay and for Abandonment of Property, this Court finds that the aforesaid Motion was filed herein and served upon the required parties. Pursuant to the agreement of the Debtors, the Standing Chapter 13 Trustee and Bank, the Court finds that this order should be entered herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Trustee is directed to abandon the property described as follows:

2004 Mitsubishi Eclipse, Vehicle Identification Number 4A3AC84H84ED85041.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that the automatic stay provided by 11 U.S.C. Section 362 is hereby lifted and modified as to the property described above and as against the Debtors and the Trustee to permit Bank to foreclose its lien on and/or security interest in the property described above. In the event that the proceeds of any sale conducted by Bank exceed the debt owed Bank, then Bank shall forward said proceeds to the Trustee for payment to creditors.

IT IS FURTHER ORDERED THAT the stay of orders granting relief from an automatic stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure does not apply to this Order.

_____  *James G. Mixon*
UNITED　　Dated: 12/01/2010　E
Date:

Entered On Docket: 12/01/2010

Agreed Order of Abandonment
Case No. 10-17818
Page Two


APPROVED AS TO FORM AND CONTENT:


/s/ Pamela G. Perry
Pamela G. Perry, Attorney for Debtors



/s/ John W. Mee III
John W. Mee III, Attorney for Creditor



Mark T. McCarty, Chapter 13 Trustee