IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: BOBBY J. ELLIOTT AND JANIE G. ELLIOTT     CASE NO. 4:10-bk-17818
                                                                                                   CHAPTER 13

## OBJECTION TO CONFIRMATION OF PLAN

Comes the creditor, Farmers & Merchants Bank ("Farmers and Merchants"), by and through its attorneys, Ramsay, Bridgforth, Robinson and Raley LLP, and for its Objection to Confirmation of Plan ("this Objection") and objects to confirmation based upon the following:

1. The Debtors filed this Chapter 13 bankruptcy proceeding on or about October 28, 2010.

2. Farmers & Merchants is a creditor in this Chapter 13 bankruptcy proceeding pursuant to its Note, Disclosure, and Security Agreement ("the Vehicle Note") (Loan No. Ending 3028) dated April 21, 2010, in the original amount of $20,280.50, with interest accruing at the rate of 8.00% per annum and its Certificate of Title. The Note is secured by one (1) 2010 Dodge, VI#1D4PU2GK4AW152404 ("the Vehicle Collateral"). Farmers & Merchants security interest is a purchase money security interest. Copies of the Note and the Certificate of Title are attached to the Proof of Claim filed on November 22, 2010 in the amount of $18,745.59, with interest accruing from November 16, 2010, at the rate of $3.9878 per day.

3. Farmers & Merchants is also a creditor in this Chapter 13 bankruptcy proceeding pursuant to its Universal Note ("the Dozer Note") (Loan No. Ending 7095) dated October 25, 2002, in the original amount of $24,636.43, with interest accruing at the rate of 8.00% per annum and its UCC Financing Statement, filed with the Arkansas Secretary of State as Filing No. 01473637, on one (1) Caterpillar D6D Dozer, Serial #4X734 including all parts, attachments and accession thereto

- 2 -

("the Dozer Collateral").  Farmers & Merchants is owed the amount of $4,693.36 as of November 16, 2010, with interest accruing from November 16, 2010, at the rate of $0.8180 per day.

4. The Plan fails to propose to pay the Vehicle Note in full.  The Plan fails to propose to pay any amount on the Dozer Note.

5. The Plan fails to propose to pay adequate protection payments during the time of the Plan as required by the 11 U.S.C. §1325(a)(5)(B)(iii)(II).

6. The Plan fails to comply with 11 U.S.C. §1325(a).

7. Farmers & Merchants requests this Court sustain this Objection and allow the Debtor twenty-one (21) days to amend his Chapter 13 Plan.

8. Farmers & Merchants specifically reserves its rights to amend this Objection upon review of other pleadings filed in this proceeding and completion of discovery in this matter.

WHEREFORE, Farmers & Merchants prays that this Objection be sustained; that the Debtor be allowed twenty-one (21) days from the date of the entry of the Order sustaining the Objection to file a modification to his Chapter 13 Plan; and for all other proper and equitable relief.

RAMSAY, BRIDGFORTH, ROBINSON
AND RALEY LLP
Post Office Box 8509
Pine Bluff, Arkansas  71611
(870) 535-9000
Attorneys for Farmers & Merchants Bank


By   /s/ Rosalind M. Mouser  84103

CERTIFICATE OF SERVICE

I, Rosalind M. Mouser, one of the attorneys for Farmers & Merchants Bank, do hereby certify that on the 8th  day of December, 2010, I electronically filed the forgoing with the Clerk of

- 3 -

Court using the CM/ECF system, which shall send notification of such filing to the following:

Pam Perry – pperrylaw@comcast.net
Jack W. Gooding – noticing@ark13.com

                                            /s/ Rosalind M. Mouser   84103_____