MB / 4

UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:  BOBBY J ELLIOTT and JANIE G ELLIOTT  　　　　　　　Case No:  4:10-bk-17818 M

## OBJECTION TO CONFIRMATION
## OF INITIAL PLAN

　　　Comes now Mark T. McCarty, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought.  It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1.  11 U.S.C. 1322(d) plan is proposed for a period greater than five years.

2. 11 U.S.C. 1325(a)(4) creditors would receive greater distribution under a Chapter 7 proceeding.  **IN THAT THE DEBTORS HAVE NON-EXEMPT AND UNENCUMBERED EQUITY SUCH THAT THE UNSECURED DIVIDEND SHOULD BE HIGHER THAN PROPOSED.**

3. 11 U.S.C. 1325(b)(1) payments to be paid to unsecured creditors are inconsistent with disposable income.  **IN THAT THE DEBTORS HAVE A POSITIVE DISPOSABLE INCOME YET THE UNSECURED ARE ONLY RECEIVING $48,436.     (B)    IN THAT LNIE 3 ON FORM 22C SHOULD BE COMPLETED AS THE DEBTOR'S HAVE A BUSINESS AND A BUSINESS ITEMIZATION ATTACHMENT SHOULD BE FILED.**

4. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code.     **IN THAT THE DEBTORS HAVE PROVIDED FOR PAYMENT OF TWO DEBTS OUTSIDE THE PLAN WHICH SHOULD BE BROUGHT INSIDE.   FURTHER, THE YEAR ON THE BUICK IS INCORRECT.**

5. 11 U.S.C. 1325(a)(5) plan does not provide for **THE TRACTOR LOAN OF FARMERS & MERCHANTS BANK.**

6.   11 U.S.C. §1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code.  **In that the debtor has failed to provide evidence that income tax returns for "all taxable periods ending during the four year period ending on the date of the filing of the petition" have been filed in accordance with the provisions of 11 U.S.C. §1308 and §1325(a)(9).**

　　　Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. 1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

　　　PREMISES CONSIDERED, Mark T. McCarty , Standing Chapter 13 Trustee prays:
1.  That the Court set this objection for a hearing.
2.  That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. 1307 or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
3.  That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated: 12/10/2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/  Mark T. McCarty
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE

MB / 4

cc:     Bobby J Elliott and
        Janie G Elliott
    33 Elliott Drive
    Perryville, AR 72126

    Pamela Perry
    P O Box 2098
    Little Rock, AR 72203-2098