MB    /193

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE:   Bobby J Elliott and Janie G Elliott                              CASE NO:    4:10-bk-17818 M
                                                                                                     Chapter 13

## OBJECTION TO CLAIMED EXEMPTIONS

COMES now Mark T. McCarty, Chapter 13 Standing Trustee for the Eastern and Western Districts of Arkansas, and for his Objection to Claimed Exemptions states the following:

1. The debtors filed a voluntary petition for Chapter 13 bankruptcy relief on 10/28/2010.

2. The debtors elected federal exemptions pursuant to 11 U.S.C. Section 522 (b) (2).

3. The value of debtors' claimed exemptions provided in Schedule C exceeds the amount available by law, specifically:

   The debtor claims exemptions under 522(d)(5) in excess of the amounts permitted by that paragraph.

WHEREFORE, your petitioner prays that the scheduled exemptions be denied for exceeding the constitutionally and statutorily allowed amount, and for all other just and proper relief.

Date: 12/10/2010

/s/ Mark T. McCarty
Mark T. McCarty,
Chapter 13 Standing Trustee

cc:   Bobby J Elliott and Janie G Elliott
      33 Elliott Drive
      Perryville, AR  72126

      Pamela Perry
      P O Box 2098
      Little Rock, AR  72203-2098