GO11-17(a)/MB    /59A

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:  Bobby J Elliott and Janie G Elliott                CASE NO:    4:10-bk-17818 M

Chapter 13

## CHAPTER 13 ORDER TO MODIFY PLAN
## AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan filed on 12/10/2010 by the Trustee. The Objection was set for hearing on 01/21/2011. Pamela Perry for the debtors and MARY J PRUNISKI for the Trustee agreed to the following settlement.

For cause shown, the court finds that the Objection to Confirmation is sustained. The debtors are hereby granted 28 days from the date of this Order to file a modification to the plan and to provide documentation, AMENDED SCHEDULES I, J, BUSINESS ITEMIZATION ATTACHMENT, FORM 22C, regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

/s/   James G. Mixon

James G. Mixon
U.S. Bankruptcy Judge

Date:    January 21, 2011

cc:   Mark T. McCarty, Trustee

Pamela Perry
P O Box 2098
Little Rock, AR  72203-2098

Bobby J Elliott and Janie G Elliott
33 Elliott Drive
Perryville, AR  72126